[No. 3664–2–III.   Division Three.   March 10, 1981.]

*In the Matter of the Marriage of* BERNICE
J. SCHULTZ, *Respondent, and* FLOYD P.
SCHULTZ, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 66648, James B. Mitchell, J., entered

October 19, 1979. *Affirmed* by unpublished opinion per Munson, J., concurred in by Roe, A.C.J., and Green, J.